ATTORNEY GRIEVANCE COMMISSION*     IN THE

OF MARYLAND     *

200 Harry S. Truman Parkway, Suite 300     *     COURT OF APPEALS

Annapolis, MD 21401     *

     *     OF MARYLAND

     Petitioner     *

     *

v.     *

     *     Misc. Docket AG

GARY STEWART PEKLO     *     No. 105

     *     September Term, 2014

     Respondent     *

     *

## ORDER

This Court having considered the Joint Petition for Indefinite Suspension by Consent, with Right to Apply for Reinstatement After Thirty (30) Days, filed herein pursuant to Maryland Rule 16-772, it is this ___9th___ day of _____June_____, 2015,

ORDERED, by the Court of Appeals of Maryland, that Gary Stewart Peklo be, and he is hereby, indefinitely suspended by consent from the practice of law in the State of Maryland, effective thirty (30) days from the date of this Order, for violating Maryland Lawyers' Rules of Professional Conduct 1.7(a)(2), 1.15(a) and 8.4(d), and it is further

ORDERED, that the Respondent may apply for reinstatement after thirty (30) days from the date this Order is entered, conditioned upon Respondent having repaid the $30,600 to the Lentz Estate, and it is further

ORDERED, that the Clerk of this Court shall strike the name of Gary Stewart Peklo from the register of attorneys in this Court, and shall certify that fact to the Client Protection Fund of Maryland and the clerks of all judicial tribunals in this State pursuant to Maryland Rule 16-772(d).

/s/ Glenn T. Harrell, Jr.
Senior Judge